No. 6870.   CASTRO v. UNITED STATES..  C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for reconsideration in light of this Court's decisions in *Leary* v. *United States*, 395 U. S. 6 (1969), and *United States* v. *United States Coin & Currency*, 401 U. S. 715.

No. ——.  PATLOGAN ET AL. v. WEST VIRGINIA ET AL. C. A. 2d Cir.   Application for stay presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. ——.  SARG v. CHAFEE, SECRETARY OF THE NAVY, ET AL.   C. A. 3d Cir.  Application for stay or in the alternative recall of mandate, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. ——.  MITCHELL v. LOUISIANA.  Sup. Ct. La. Application for stay presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.

No. 6907.   ODOM v. FERGUSON, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 1552.   FORD MOTOR CO. v. UNITED STATES ET AL. Appeal from D. C. E. D. Mich.   Probable jurisdiction noted.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this matter.